## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 22, 2024

Ms. Carla D. Aikens
Law Office
615 Griswold Street
Suite 709
Detroit, MI 48226-3900

Ms. Elyse K. Culberson
Jackson Lewis
2000 Town Center
Suite 1650
Southfield, MI 48075

Re: Case No. 24-1044, *Sheryl Miller v. William Beaumont Hospital*
Originating Case No. : 2:21-cv-12259

Dear Counsel:

   This appeal has been docketed as case number **24-1044** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **February 5, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

   Appellant:   Appearance of Counsel
               Civil Appeal Statement of Parties & Issues

                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

                        Appearance of Counsel
Appellee:   Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                        Sincerely yours,

                        s/Amy E. Gigliotti on behalf of Gretchen S. Abruzzo
                        Case Manager
                        Direct Dial No. 513-564-7018

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-1044

SHERYL MILLER

    Plaintiff - Appellant

v.

WILLIAM BEAUMONT HOSPITAL, dba Beaumont Health System

    Defendant - Appellee