UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-1044**          Case Manager: _____

Case Name: **Sheryl Miller v. William Beaumont Hospital**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Appellee, William Beaumont Hospital. The issues to be raised on this appeal are: whether the lower court properly granted Summary Judgment on Plaintiff's Failure to Accommodate claims under the ADA and PWDCRA; whether the lower court properly granted Summary Judgment on Plaintiff's Discrimination claims under the ADA and PWDCRA; whether the lower court properly granted Summary Judgment on Plaintiff's Retaliation claims under the ADA, PWDCRA and FMLA; and whether the lower court properly granted Summary Judgment on Plaintiff's FMLA interference claims. Defendant relied heavily on the word of "Renee Carr" who was shown to have a retaliatory nature in interactions with other employees as well as a conflicting narrative to that provided by other witnesses in the matter. Further the lower court dismissed an entire set of claims because of an incorrect presumption of abandonment as it relates to Plaintiff's discrimination claims.

This is to certify that a copy of this statement was served on opposing counsel of record this **6th** day of **February 6**, **2024**.

**Carla D. Aikens**
Name of Counsel for Appellant