## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 08, 2024

Ms. Carla D. Aikens
Mr. Thomas J. Davis
Mr. Eric J. Pelton

Re: Case No. 24-1044, *Sheryl Miller v. William Beaumont Hospital*
Originating Case No. 2:21-cv-12259

Dear Counsel,

   Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to dismiss. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018