No. 24-1044

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**SHERYL MILLER,**

**Plaintiff-Appellant,**

v.

**WILLIAM BEAUMONT HOSPITAL,**

**Defendant-Appellee.**

On Appeal from the United States District Court
for the Eastern District of Michigan

Case No. 2:21-CV-12259 (Hon. Judge George Caram Steeh)

## PLAINTIFF-APPELLANT SHERYL MILLER'S MOTION FOR EXTENSION TO FILE RESPONSE TO DEFENDANTS/APPELLEES MOTION TO DISMISS

Carla D. Aikens, P.L.C.
Carla D. Aikens (P69530)
615 Griswold Street, Suite 709
Detroit, Michigan 48226
Carla@aikenslawfirm.com
Phone: (844) 835-2993
Fax: (877) 454-1680
*Attorneys for Plaintiff-Appellant*

1

Comes now Plaintiff-Appellant, SHERYL MILLER, by and through her Attorneys, CARLA D. AIKENS P.L.C., and states as follows in support of his Motion for an Extension of 14-days to file a response to Defendant/Appellees' Motion to Dismiss.

### PLAINTIFF-APPELLANT CARL BENNETT'S MOTION TO FILE RESPONSE TO DEFENDANTS/APPELLEES MOTION TO DISMISS

Pursuant to Fed. R. App. P. 26(b) and 6 Cir. R. 26(a)(1), Appellant respectfully moves for a 14-day extension of time, to March 2, 2024, in which to file Appellant's response to Defendant/Appellees' Motion to Dismiss with the Court. Defendant/Appellees' Motion to Dismiss was filed on February 7, 2024 making Plaintiff/Appellee's response due on February 17, 2024. Plaintiff requests this extension due to the fact that Plaintiff's counsel's was in trial starting February 14, 2024; that Plaintiff's counsel had three other appeals/summary judgment responses to draft on February 8th, 15th, and 16th; and has an all-day deposition scheduled on February 16, 2024. Appellee indicated that it does not concur in the requested relief, but indicated that it will not file a brief in opposition. For these reasons, Plaintiff respectfully submits that good cause exists to extend the time. Plaintiff requests that his Motion be granted and that he be permitted to submit his response on March 2, 2024.

Dated: February 15, 2024                    Respectfully Submitted,

/s/ Carla D. Aikens
Carla D. Aikens (P69530)
CARLA D. AIKENS, P.L.C.
615 Griswold Street, Suite 709
Detroit, MI 48226
carla@aikenslawfirm.com

DECLARATION OF CARLA D. AIKENS

1. I am an attorney at the law firm of Carla D. Aikens, P.L.C., and counsel of record for Plaintiff-Appellee.

2. A 14-day extension, through March 2, 2024 is necessary to file a complete Response to Defendants' Motion to Dismiss.

3. No significant delay will result from such an extension.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2024　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　CARLA D. AIKENS P.LC.


　　　　　　　　　　　　　　　　　　By: /s/ *Carla D. Aikens*
　　　　　　　　　　　　　　　　　　Carla D. Aikens (P69530)
　　　　　　　　　　　　　　　　　　615 Griswold St., Ste. 709
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　Tel: (844) 835-2993
　　　　　　　　　　　　　　　　　　Fax: (877)454-1680
　　　　　　　　　　　　　　　　　　carla@aikenslawfirm.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**


The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein via this Court's e-filing system as on February 15, 2024 by:


　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Katarzyna Nowicki
　　　　　　　　　　　　　　　　　　Katarzyna Nowicki