No. 24-1044
_____

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
_____

**SHERYL MILLER,**

**Plaintiff-Appellant,**

v.

**WILLIAM BEAUMONT HOSPITAL,**

**Defendant-Appellee.**

_____

On Appeal from the United States District Court
for the Eastern District of Michigan

Case No. 2:21-CV-12259 (Hon. Judge George Caram Steeh)
_____

# **PLAINTIFF-APPELLANT SHERYL MILLER'S RESPONSE TO**

# **DEFENDANTS/APPELLEES MOTION TO DISMISS**

Carla D. Aikens, P.L.C.
Carla D. Aikens (P69530)
615 Griswold Street, Suite 709
Detroit, Michigan 48226
Carla@aikenslawfirm.com
Phone: (844) 835-2993
Fax: (877) 454-1680
*Attorneys for Plaintiff-Appellant*

Comes now Plaintiff-Appellant, SHERYL MILLER, by and through her Attorneys, CARLA D. AIKENS P.L.C., and states as follows in support of her Response to Defendant/Appellees' Motion to Dismiss for Lack of Appellate Jurisdiction.

Defendant filed a Motion to Dismiss for Lack of Appellate Jurisdiction on February 7, 2024, with the ten (10) day response time as prescribed in Fed. R. App. P. 27(a)(3) ending on February 17, 2024, which was a Saturday. Plaintiff, therefore, responds on February 19, 2024, which is the first day the Court was open after the weekend date.

## I.     INTRODUCTION

Plaintiff Sheryl Miller filed her Complaint on September 24, 2021 against the Defendant. Discovery closed on April 6, 2024 with Defendant filing its Motion for Summary Judgment on May 22, 2023 [ECF No. 36, PageID. 762-795][1] with Plaintiff filing her Response on June 26, 2023[ECF No. 38, PageID 1056-1083].[2] Defendant filed its Reply July 24, 2024 [ECF No. 39, PageID 1277-1288]. The District Court entered an Opinion and Order Granting Defendant's Motion on October 11, 2023 [ECF No. 41, PageID 1293-1308]. Plaintiff filed her Motion for

---

[1] Defendant's Exhibits Continue through ECF No. 36-31 with an ending PageID. of 1052.

[2] Plaintiff's Exhibits continue through ECF No. 38-6 with an ending PageID. of 1276.

Reconsideration, which was denied in an order on December 15, 2023 [ECF No. 46, PageID 1348-1349]. Plaintiff thereafter filed her Notice of Appeal [ECF No. 47, PageID 1350], which had small text boxes filled out with information concerning the appeal. *Id*. A notice went out regarding the file through the electronic system that included the following Docket Text:

> **U.S. District Court**
> **Eastern District of Michigan**
> 
> **Notice of Electronic Filing**
> 
> The following transaction was entered by Aikens, Carla on 1/12/2024 at 10:15 PM EST and filed on 1/12/2024
> Case Name:      Miller v. William Beaumont Hospital
> Case Number:    2:21-cv-12259-GCS-APP
> Filer:          Sheryl Miller
> WARNING: CASE CLOSED on 10/11/2023
> Document Number: 47
> 
> Docket Text:
> NOTICE OF APPEAL by Sheryl Miller re [42] Judgment, [46] Order on Motion for Reconsideration, [41] Order on Motion for Summary Judgment. Receipt No: CMIEDC-9622747 - Fee: $ 605 - Fee Status: Fee Paid. (Aikens, Carla)

(Exhibit A: Email Notification From the Eastern District of Michigan). This shows that the Notice of Appeal dealt with three different topics:

1. The Judgment Entered on October 11, 2023 [ECF No. 42, PageID 1309-1310] which dealt with an entry of Judgment "[i]n accordance with the court's order granting Defendant's motion for summary judgment, entered this date;"

2. The Order on Motion for Reconsideration on December 15, 2023 [ECF No. 46, PageID 1348-1349]; and

3. The Order on Motion for Summary Judgment entered on October 11, 2023 [ECF No. 41, PageID 1293-1308].

From that notice, it is clear that Plaintiff's Notice of Appeal covered three separate documents – two of which were related to the Motion for Summary Judgment and the corresponding entry of judgment [ECF No. 41 and No. 42].

## II. ARGUMENT

### A. *Plaintiff's Appeal Is Properly Before This Honorable Court.*

As noted above, the notice of appeal in this matter addresses three separate items two of which were related to the Motion for Summary Judgment and/or corresponding judgment [ECF No. 41 and No. 42]. Defendant's first argument in the instant motion addresses whether Plaintiff's Motion for Reconsideration operated to postpone the running of the time on her 30-day appeal. Defendant cites several cases, such as *Olivares v. Long*, No. 20-1774, 2021 WL 466562, at *1 (6th Cir. Jan. 8, 2021) and *Smith v. Hudson*, 600 F.2d 60, 62 (6th Cir. 1979), that helped form the basis for motions under local rule 7.1 are generally treated as Rule 59(e) Motions. (*See* Defendant's Motion, Doc. 12 at 6). In support of Defendant's contention that the amendment to Rule 7.1 should remove the operative postponement of the appeal in this matter, Defendant cites to no case with any such holding.

Defendant's argument focuses on the wording of the amendment, which curiously does not mention the tolling of appeals. *See* Rule 7.1(h). Further, Rule 60 relief is broad and allows for relief from judgment whenever such relief would be deemed appropriate. Such a general provision, along with the long nature of the Local Rule's interaction with Rule 60, informed the lower court of the basis for relief under both Local Rule 7.1 and Rule 60.

Additionally, part of Plaintiff's appeal relates to her Motion for Reconsideration, as it is one of the three orders from which Plaintiff appeals. Should this Honorable Court rule in Plaintiff's favor on the brief (which has yet to be submitted because Defendant's instant motion has modified the briefing schedule), the classification of Plaintiff's motion as failing to be brought under the proper rules would be removed. Without that classification, Defendant's instant motion fails because, as shown above, Plaintiff clearly brought the appeal to cover multiple issues, including the summary judgment order, the judgment entered in the case, and the motion for reconsideration.

Plaintiff will not address the remainder of Defendant's arguments as the arguments raised would be moot, based upon Plaintiff's position herein.

### III.   CONCLUSION

Wherefore, Plaintiff Sheryl Miller respectfully requests this Honorable Court Deny Defendant's Motion and allow her claims to proceed forward on appeal.

Dated:  February 19, 2024          Respectfully Submitted,

CARLA D. AIKENS P.LC.
By: /s/ *Carla D. Aikens*____
Carla D. Aikens (P69530)
615 Griswold St., Ste. 709
Detroit, MI 48226
Tel: (844) 835-2993
Fax: (877)454-1680
carla@aikenslawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein via this Court's e-filing system as on February 19, 2024 by:

Respectfully Submitted,

/s/ Katarzyna Nowicki
Katarzyna Nowicki

## CERTIFICATE OF COMPLIANCE
Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type Style Requirements

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this response does not exceed 5,200 words. This document contains 770 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 14-point Times New Roman.

Respectfully Submitted,	CARLA D. AIKENS P.LC.


By: /s/ *Carla D. Aikens*____
Carla D. Aikens (P69530)
615 Griswold St., Ste. 709
Detroit, MI 48226
Tel: (844) 835-2993
Fax: (877)454-1680
carla@aikenslawfirm.com
*Attorneys for Plaintiff*