## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 20, 2024

Ms. Carla D. Aikens
Law Office
615 Griswold Street
Suite 709
Detroit, MI 48226-3900

Mr. Thomas J. Davis
Kienbaum, Hardy, Viviano, Pelton & Forrest
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI 48009

Mr. Eric J. Pelton
Kienbaum, Hardy, Viviano, Pelton & Forrest
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI 48009

Re: Case No. 24-1044, *Sheryl Miller v. William Beaumont Hospital*
Originating Case No. 2:21-cv-12259

Dear Counsel,

The appellant's motion to extend time to file brief is **DENIED as MOOT.** Briefing in this case was held in abeyance on February 8, 2024 pending a ruling on the motion to dismiss. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Virginia Lee Padgett for
Gretchen Abruzzo, Case Manager
Direct Dial No. 513-564-7018