**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 27, 2025

Ms. Carla D. Aikens
Law Office
615 Griswold Street
Suite 709
Detroit, MI 48226-3900

Mr. Thomas J. Davis
Mr. Eric J. Pelton
Kienbaum, Hardy, Viviano, Pelton & Forrest
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI 48009

Re:   Case No. 24-1044, *Sheryl Miller v. William Beaumont Hospital*
      Originating Case No. : 2:21-cv-12259

Dear Counsel,

The published order that issued in this case on November 8, 2024 has been corrected. The corrections appear in the second paragraph on page 2. The corrected language appears below in yellow highlight:

- "The Local Rule's amended text now plainly forecloses any continued construal as a Rule 59(e) motion when that motion concerns a final order…"; and
- "Just as this Court conflated Local Rule 7.1(h)(1) with Rule 59(e) when…"

Also enclosed is a copy of the order incorporating the corrections in print. Please note that the date the order is deemed to have been filed remains November 8, 2024.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc:  Ms. Kinikia D. Essix

Enclosure