No.  24-1044

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Feb 27, 2025
KELLY L. STEPHENS, Clerk

SHERYL MILLER,                          )
                                        )
         Plaintiff-Appellant,           )
                                        )
v.                                      )          O R D E R
                                        )
WILLIAM BEAUMONT HOSPITAL, dba          )
Beaumont Health System,                 )
                                        )
         Defendant-Appellee.            )


Before:  SUHRHEINRICH, SILER, and READLER, Circuit Judges.


Plaintiff Sheryl Miller appealed both the district court's summary judgment for Defendant William Beaumont Hospital, dba Beaumont Health System, and the district court's denial of reconsideration in this civil rights suit alleging violations of the Family and Medical Leave Act, the Americans with Disabilities Act, and Michigan law.  We granted Beaumont's motion to dismiss the appeal for lack of jurisdiction as untimely.  Miller petitions for rehearing.

A petition for panel rehearing must "state with particularity each point of law or fact that the petitioner believes the court has overlooked or misapprehended; and" must "argue in support of the petition."  Fed. R. App. P. 40(b)(1); 6 Cir. R. 27(g).  Miller has failed to demonstrate a legal or factual misapprehension in our prior order.  For the reasons stated in that order, we do not exercise our discretion to construe her Eastern District of Michigan Local Rule 7.1(h) motion as a time-tolling Federal Rule of Civil Procedure 59(e) motion.

No. 24-1044
-2-

Accordingly, the petition for rehearing is **DENIED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk